NORTHERN DISTRICT OF NEW YORK

DISABILITY RIGHTS NEW YORK,

      *Plaintiffs,*

          -against-　　　　　　　　　　　　　　　ORDER TO SHOW CAUSE
                                                   Index No  1:14-CV-0744 (DNH/RFT)

NORTH COLONIE BOARD OF EDUCATION,
North Colonie Central Schools, and Mr. D. Joseph
Corr, in his official capacity as the Superintendent
of North Colonie Central Schools,

      *Defendants.*

This action came before the Court, the undersigned Judge presiding, upon motion of the Plaintiff for an order to show cause why the Defendants should not be subjected to temporary injunction restraining them as sought by the Plaintiffs. It appears to the Court from the complaint of the Plaintiff together with the Declaration of Julie M. Keegan, attorney for plaintiff, and memorandum in support that the plaintiff has met its burden and will likely suffer irreparable harm motion should be granted.

Now, Therefore, It Is Hereby **Ordered**, as follows:

1. The Defendants named above and each of them are directed and required to appear before the Court, the undersigned Judge presiding, in the Federal Building at 445 Broadway, Albany, NY 12207 on June ___, at _____, or as soon thereafter as hearing may be had, there and then, to show cause why they and each of them should not be subjected to a **temporary restraining order** enjoining them and each of them as prayed by the Plaintiff's verified complaint or as otherwise directed and required by the Court.

2. A certified copy of this **order**, together with the summons, a copy of the verified complaint, and a copy of the declaration shall be supplied for the earliest possible service upon Defendants and each of them who may be found not later than _____ on _____].

3. Pending the hearing and determination of this application or the expiration of _____ days from the date hereof, whichever shall occur first, defendants are hereby restrained from denying DRNY access to Blue Creek Elementary School and individuals with disabilities participating in defendants' Academic Skills Classes during school hours.

4. Plaintiff is not required to provide a bond.

Done in Open Court this \_\_\_ day of June, 2014 at _____ .


_____
United States District Judge